| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   **Schertz-Cibolo Emergency Center, LLC**

2. **All other names debtor used in the last 8 years**  
   **aka Schertz-Cibolo Emergency Clinic**
   
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   4 7 - 2 2 5 5 3 2 8

4. **Debtor's address**

   **Principal place of business**

   **4825 FM 3009**  
   Number    Street  
   **Suite 200**
   
   P.O. Box
   
   **Schertz**       **TX**   **78154**  
   City            State   ZIP Code
   
   **Bexar**  
   County

   **Mailing address, if different from principal place of business**
   
   **22100 Bulverde Road, Suite 108**  
   Number    Street
   
   P.O. Box
   
   **San Antonio**    **TX**   **78259**  
   City           State   ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   _____  
   Number    Street
   
   _____  
   City           State   ZIP Code

5. **Debtor's website (URL)**  **schertzhealth.com**

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Schertz-Cibolo Emergency Center, LLC**     Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   **6   2   1   9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When ____/____/____ Case number _____
  - District _____ When ____/____/____ Case number _____
  - District _____ When ____/____/____ Case number _____

MM / DD / YYYY

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

Debtor **Schertz-Cibolo Emergency Center, LLC**     Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
      District _____ When _____
                  MM / DD / YYYY
      Case number, if known _____

      Debtor _____ Relationship _____
      District _____ When _____
                  MM / DD / YYYY
      Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

      **Why does the property need immediate attention?** *(Check all that apply.)*

         ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
         What is the hazard? _____

         ☐ It needs to be physically secured or protected from the weather.

         ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

         ☐ Other _____

      **Where is the property?** _____
      Number    Street

      _____
      _____
      City     State     ZIP Code

      **Is the property insured?**

      ☐ No
      ☐ Yes. Insurance agency _____
            Contact name _____
            Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 3

Debtor **Schertz-Cibolo Emergency Center, LLC**     Case number (if known) _____

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/03/2019**
MM / DD / YYYY

X **/s/ Brian Johnson**     **Brian Johnson**
Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Allen M. DeBard**     Date **11/03/2019**
Signature of attorney for debtor     MM / DD / YYYY

**Allen M. DeBard**
Printed name

**Langley & Banack, Inc.**
Firm name

**745 E Mulberry Ave, Suite 700**
Number     Street

**San Antonio**     **TX**     **78212**
City     State     ZIP Code

**(210) 736-6600**     **adebard@langleybanack.com**
Contact phone     Email address

**24065132**
Bar number     State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Schertz-Cibolo Emergency Center, LLC** | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known) | | ☐ Check if this is an amended filing |

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Green Capital Funding, LLC<br>30 Broad St., Suite 14108<br>New York, New York 10004 | | Business debt | Disputed | | | $540,000.00 |
| 2 | WG Capital<br>1734 8th Ave, Ste. PH<br>Brooklyn, NY 11215 | | Business debt | Disputed | | | $449,700.00 |
| 3 | Platinum Rapid Funding Group, Ltd.<br>348 RXR Plaza<br>Uniondale, NY 11556 | | Business debt | Disputed | | | $416,150.00 |
| 4 | Region Capital<br>323 Sunny Isles Blvd., Ste. 501<br>Sunny Isles, FL 33160 | | Business debt | Disputed | | | $374,750.00 |
| 5 | OnDeck Capital<br>1400 Broadway<br>New York, NY 10018 | | Business debt | Disputed | | | $102,317.46 |

Debtor     **Schertz-Cibolo Emergency Center, LLC**                   Case number (if known) _____
           <sub>Name</sub>

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6  Blitz Medical Billing LLC<br>3550 Parkwood Blvd., B102<br>Frisco, TX 75034 | | Business debt | | | | $31,942.08 |
| 7  XtreMed Enterprises, LLC<br>9703 Richmond Avd. Suite 120<br>Houston, TX 77042 | | Business debt | | | | $26,090.63 |
| 8  Pegasus MSO, LLC<br>1314 W. McDermott Drive<br>Ste. 106-517<br>Allen, TX 75013 | | Business debt | | | | $18,225.00 |
| 9  Phoenix Coding & Consulting Services LLC<br>1314 W. McDermott Dr.<br>Ste. 106-603<br>Allen, TX 75013 | | Business debt | | | | $15,210.92 |
| 10 Henry Schein<br>135 Duryea Rd.<br>Melville, NY 11747 | | Business debt | | | | $12,171.39 |
| 11 CPS Energy<br>4514 Frank Bryant Ln.<br>San Antonio, TX 78220 | | Electricity | | | | $8,832.45 |
| 12 Image First<br>P.O. Box 61323<br>King of Prussia, PA 19406 | | Business debt | | | | $7,702.01 |
| 13 Callis Professional<br>431 Isom Rd., Ste, 214<br>San Antonio, TX 78216 | | Business debt | | | | $3,413.20 |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 2

Debtor  **Schertz-Cibolo Emergency Center, LLC**   Case number (if known) _____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Time Warner Cable<br>4145 S. Falkenburg Rd.<br>Riverview, FL 33578-8652 | | Business debt | | | | $3,090.00 |
| 15 ITSC<br>614 W. French Pl.<br>San Antonio, TX 78212 | | Business debt | | | | $3,031.00 |
| 16 Epowerdoc Inc.<br>P.O. Box 241642<br>Omaha, NE 68124 | | Business debt | | | | $3,000.00 |
| 17 Spectrum<br>60 Columbus Circle<br>New York, NY 10023 | | Internet services | | | | $2,725.92 |
| 18 McKesson Medical<br>9954 Mayland Dr., Ste. 4000<br>Richmond, VA 23233 | | Business debt | | | | $1,709.43 |
| 19 OSSUR Americas<br>27051 Towne Centre Dr., Ste. 100<br>Foothill Ranch, CA 92610 | | Business debt | | | | $1,439.15 |
| 20 ND Consultants<br>578 Surf Oaks Drive<br>Seabrook, TX 77586 | | Business debt | | | | $1,330.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

IN RE:  **Schertz-Cibolo Emergency Center, LLC**　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER  **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/3/2019　　　　　　　　　　　　　　Signature  /s/ Brian Johnson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Brian Johnson*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*President*

Date _____　　　　　　Signature _____

```
AFLAC
The Mercantile Building
40 NE Loop 410, Ste. 408
San Antonio, TX 78216


Ariel Bouskila
Berkovitch & Bouskila, PLLC
80 Broad St., Suite 3301
New York, NY 10004


AT&T
208 S. Akard St.
Dallas, TX 75202



Austin Generator Services
2004 Howard Lane
Austin, Texas 78728



BioMed Gas, Inc.
1309 Old FM 306
New Braunfels, TX 78130



BioMedical Waste Solutions
9665 Jade Avenue
Port Arthur, TX 77640



Blitz Medical Billing LLC
3550 Parkwood Blvd., B102
Frisco, TX 75034



Callis Professional
431 Isom Rd., Ste, 214
San Antonio, TX 78216



Center Point Energy, Inc.
P.O. Box 4567
Houston, TX 77210-4567
```

Christopher R. Castro
MCA Recovery
17 State Street, Suite 4000
New York, NY 10004


Christopher Savoy
Regent & Associates
3601 Audubon Place
Houston, TX 77006


CPS Energy
4514 Frank Bryant Ln.
San Antonio, TX 78220


Data Shredding Services
615 W. 38th St.
Houston, TX 77018


Dena G. Choate
REID & DENNIS
3131 McKinney Ave., Ste, 600
Dallas, TX 75204-2456


Epowerdoc Inc.
P.O. Box 241642
Omaha, NE 68124


Frost Bank
111 W. Houston St.
San Antonio, Texas 78205


Green Capital Funding, LLC
30 Broad St., Suite 14108
New York, New York 10004


Henry Schein
135 Duryea Rd.
Melville, NY 11747

```
HKLN Properties LLC
4833 Bryant Irvin Ct., Ste. 200
Fort Worth, TX  76107



Image First
P.O. Box 61323
King of Prussia, PA 19406



Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346



ITSC
614 W. French Pl.
San Antonio, TX 78212



J.W. Dielmann, Inc.
4019 Stahl Rd., Suite 118
San Antonio, TX 78217



KD Lab Consulting
17515 Spring Cypress Rd.
Ste. C 203
Cypress, TX 77429


LabCorp
P.O. Box 12140
Burlington, NC 27216-2140



Leslie Luttrell
Luttrell+Carmody Law Group
One International Centre
100 NE Loop 410, Suite 615
San Antonio, TX 78216

Lindsey Rohan
Law Office of Lindsey Rohan
348 RXR Plaza
Uniondale, NY 11556
```

Lingo MD
2119 S. Lamar Blvd., #204
Austin, TX 78704


Marc Connelly
Assistant General Cousel
Dept. of State Health Services
1100 W. 49th Street
Austin, TX 78756-3199

McKesson Medical
9954 Mayland Dr., Ste. 4000
Richmond, VA 23233


ND Consultants
578 Surf Oaks Drive
Seabrook, TX 77586


Nextiva
8800 E. Chaparral Rd., Suite 300
Scottsdale, AZ 85250


NightRays P.A.



Norcal Group
7600 N. Capital of TX Hwy
Austin, TX  78731


OnDeck Capital
1400 Broadway
New York, NY 10018


OSSUR Americas
27051 Towne Centre Dr., Ste. 100
Foothill Ranch, CA 92610

Pegasus MSO, LLC
1314 W. McDermott Drive
Ste. 106-517
Allen, TX 75013


Phoenix Coding & Consulting Services LLC
1314 W. McDermott Dr.
Ste. 106-603
Allen, TX 75013


Region Capital
323 Sunny Isles Blvd., Ste. 501
Sunny Isles, FL 33160


Ryan C. Reed
Pulman, Cappuccio & Pullen, LLP
2161 NW Military Hwy, Suite 400
San Antonio, TX 78213


Schertz Emergency Physicians PLLC
22100 Bulverde Rd., Ste. 108
San Antonio, TX 78259


Spectrum
60 Columbus Circle
New York, NY 10023


SWBC
30815 U.S. Highway 281 N.
Bulverde, TX 78163


Time Warner Cable
4145 S. Falkenburg Rd.
Riverview, FL 33578-8652


Tony Gray
OnDeck
1400 Broadway
New York, NY 10018

```
US Attorney
601 NW Loop 410, Suite 600
San Antonio, TX  78216


US Attorney General
Main Justice Bldg., #5111
10th & Constitutional Ave., NW
Washington, DC  20530


WG Capital
1734 8th Ave, Ste. PH
Brooklyn, NY 11215


XtreMed Enterprises, LLC
9703 Richmond Avd. Suite 120
Houston, TX 77042
```